UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| HDGM ADVISORY SERVICES, LLC, *et al.*[1], | ) | Case No. 14-04797-JMC-11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## APPEARANCE

Jay Jaffe and the firm of Faegre Baker Daniels LLP, pursuant to Rule B-9010-1(a)(1) of the Local Rules of the United States Bankruptcy Court for the Southern District of Indiana, hereby enter their appearance as counsel for the Unsecured Club Members' Committee of Hamilton Proper Partners Golf Partnership, L.P. (the "Hamilton Proper Committee") in the above-referenced bankruptcy proceeding.

The Hamilton Proper Committee requests that all notices, pleadings and documents be served on its counsel, addressed to:

>  Jay Jaffe (#5037-98)
>  Faegre Baker Daniels LLP
>  600 East 96th Street, Suite 600
>  Indianapolis, IN 46240
>  Telephone: (317) 569-9600
>  Facsimile:  (317) 569-4800
>  jay.jaffe@faegrebd.com

---

[1] The Debtors are HDGM Advisory Services, LLC (Case No. 14-04797) and HDG Mansur Investment Services, Inc. (Case No. 14-04798).

US.54371472.01

-2-

          Respectfully submitted,

          FAEGRE BAKER DANIELS LLP

          /s/ Jay Jaffe

Jay Jaffe (#5037-98)           *Counsel for Unsecured Club Members' Committee*
600 East 96th Street, Suite 600     *of Hamilton Proper Partners Golf Partnership, L.P.*
Indianapolis, IN 46240
Telephone: (317) 569-9600
Facsimile: (317) 569-4800
jay.jaffe@faegrebd.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2014, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Michael W. Hile
mhile@katzkorin.com, dyoung@katzkorin.com

Jeannette Eisan Hinshaw
jeannette.hinshaw@usdoj.gov

Christine K. Jacobson
cjacobson@katzkorin.com, dyoung@katzkorin.com;sdowden@katzkorin.com

Henry Mestetsky
hmestetsky@katzkorin.com, dyoung@katzkorin.com;sdowden@katzkorin.com

Whitney L Mosby
wmosby@bgdlegal.com, mmcclain@bgdlegal.com

Thomas C Scherer
tscherer@bgdlegal.com, mmcclain@bgdlegal.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Mark R. Wenzel
mwenzel@kdlegal.com, pdidandeh@kdlegal.com;crbpgpleadings@kdlegal.com

          /s/ Jay Jaffe

54371472_1