UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HDGM Advisory Services, LLC, et al.,[1] | ) | Case No. 14-04797 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**LIST OF INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)**

Debtor HDGM Advisory Services, LLC ("Debtor") hereby provides its list of interest holders pursuant to Fed. R. Bankr. P. 1007(a)(3). Debtor is wholly owned by:

Harold D. Garrison Revocable Trust
10 West Market Street, Suite 1200
Indianapolis, IN 46240

I affirm under the penalty of perjury that the foregoing facts are true and accurate based upon my personal knowledge and belief.

Date: June 20, 2014    *[signature]*
William Robert Echols
Bankruptcy Representative

---

[1] The Debtors include HDGM Advisory Services, LLC (Case No. 14-04797) and HDG Mansur Investment Services, Inc. (Case No. 14-04798).