B6F (Official Form 6F) (12/07)

IN RE HDGM Advisory Services, LLC _____   Case No. **14-04797-JMC-11**
                                    Debtor(s)                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GPIF-I Equity Co., Ltd.**<br>**Strathvale House P.O. Box 513 GT**<br>**N. Church St, Georgetown, Grand Cayman**<br>**Cayman Islands,** | X | | **GPIF-I Equity Co., Ltd. and GPIF-I Finance Co., Ltd. v. HDG Mansur Investment Services, Inc., HDGM Advisory Services, LLC and Harold D. Garrison**<br>**Case No. 1:13-cv-00547-CM**<br>**United States District Court, Southern District New York**<br>**Subject to Setoff** | X | X | | **5,818,682.00** |
| ACCOUNT NO.<br>**GPIF-I Finance Co., Ltd.**<br>**7 World Trade Center**<br>**250 Greenwich St**<br>**New York, NY 10070** | | | **Assignee or other notification for:**<br>**GPIF-I Equity Co., Ltd.** | | | | |
| ACCOUNT NO.<br>**Harold D. Garrison**<br>**10822 Club Point Drive**<br>**Fishers, IN 46037** | | | **Indemnification Claim** | X | X | | **unknown** |
| ACCOUNT NO.<br>**Harold D. Garrison Revocable Trust**<br>**10 West Market Street, Suite 1200**<br>**Indianapolis, IN 46240** | | | **Loan** | | | | **6,995.00** |

___**1**___ continuation sheets attached

Subtotal (Total of this page) $ **5,825,677.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

IN RE **HDGM Advisory Services, LLC**        Case No. **14-04797-JMC-11**
          Debtor(s)                                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Harold D. Garrison Revocable Trust**<br>**10 W Market Street, Ste 1200**<br>**Indianapolis, IN  46204** | X | | **Advancement for Bankruptcy Fees** | | | | **17,500.00** |
| ACCOUNT NO.<br>**HDG Mansur Capital Group, LLC**<br>**10 W. Market, Suite 1200**<br>**Indianapolis, IN  46204** | X | | **Return of Sponsor Co-Investment Payment** | X | X | X | **1,657,000.00** |
| ACCOUNT NO.<br>**HDG Mansur Investment Services, Inc.**<br>**10 W. Market, Suite 1200**<br>**Indianapolis, IN  46204** | | | **Indemnification Claim** | X | | | **unknown** |
| ACCOUNT NO.<br>**Ice Miller, LLP**<br>**One American Square, Suite 2900**<br>**Indianapolis, IN  46282** | | | **Trade debt** | | | | **7,056.00** |
| ACCOUNT NO.<br>**Investor Creditors #1 - 14**<br>**Names & Addresses Filed Under Seal Pursuant to Court's Order Dated 7/18/14 [Docket No. 86],** | X | | **Potential claims with respect to Investments in GPIF-I Equity LTD and GPIF-I Finance Ltd Funds** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Investor Creditors #15+**<br>**Unknown Names & Addresses** | X | | **Potential claims with respect to Investments in various funds (see Investor Creditors #1-14) invested in GPIF-I Equity LTD and GPIF-I Finance Ltd Funds and other investors related to the Finzels Reach Limited development in Bristol, England** | X | X | X | **unknown** |
| ACCOUNT NO.<br>**Mintz Levin Ferris Glovsky & Popeo P.C.**<br>**C/O Francis Earley**<br>**666 Third Avenue**<br>**New York, NY  10017** | X | | **Professional services** | X | | | **484,357.00** |

Sheet no. **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,165,913.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **7,991,590.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only